CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAWN DARNELL MASON, ) | Civil Action No. 7:11-cv-00266 |
|     Plaintiff, ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| ) | By:   Hon. James C. Turk |
| SGT. HARRIS, ) |        Senior United States District Judge |
|     Defendant. ) | |

By Order entered June 28, 2011, the court ordered that a filing fee be assessed in the amount of **$350.00**. See 28 U.S.C. §1915. Plaintiff was given ten days from the date of the Order to forward to the court a signed consent to withholding form. Plaintiff was notified that failure to return the consent form to the court within the time allowed would result in the dismissal of his action without prejudice. The time allowed for plaintiff to return the consent to withholding form has expired, and plaintiff has failed to return the form as directed. Accordingly, the action is dismissed without prejudice for failure to comply with a court order and failure to prosecute. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send a copy of this memorandum opinion and the accompanying order to plaintiff.

ENTER: This ___19th___ day of July, 2011.

/s/ James C. Turk
Senior United States District Judge