


CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **SHAWN DARNELL MASON,** | ) | **Civil Action No. 7:11-cv-00266** |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | **By: Hon. James C. Turk** |
| **SGT. HARRIS,** | ) | **Senior United States District Judge** |
| **Defendant.** | ) | |

In accordance with the memorandum opinion entered this day, it hereby is

**ORDERED**

that this action be **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 19th day of July, 2011.

Senior United States District Judge